18 So.2d 112

### Ex parte Tank REEVES.

4 Div. 325.

Supreme Court of Alabama.

Feb. 3, 1944.

Oscar S. Lewis, of Dothan, for petitioner.

See, also, Reeves v. State, ante, p. 237, 16 So.2d 699.

PER CURIAM.

Rule nisi denied.

All the Justices concur.

15 So.2d 920

### Ex parte J. F. SILLS.

7 Div. 765.

Supreme Court of Alabama.

Oct. 25, 1943.

Charles Douglass, of Anniston, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.

15 So.2d 920

### SOUTHERN RAILWAY CO. v. Mrs. L. M. RIPPY.

6 Div. 144.

Supreme Court of Alabama.

Nov. 30, 1943.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellant.

Smith, Jackson & Rives, of Birmingham, for appellee.

PER CURIAM.

Reversed and remanded on confession of error by appellee, at cost of appellant.

18 So.2d 113

### Dewey STEELE v. Ida STEELE.

6 Div. 154.

Supreme Court of Alabama.

April 20, 1944.

J. N. Powell, of Hartselle, for appellant.

St. John & St. John, of Cullman, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

18 So.2d 113

### J. D. STILLWELL v. VANDIGRIFF CONSTRUCTION CO.

5 Div. 380.

Supreme Court of Alabama.

March 28, 1944.

J. B. Hicks, of Phenix City, for appellant.

Thos. B. Hill, Jr., of Montgomery, for appellee.

PER CURIAM.

Appeal dismissed by agreement.